SMITH-DOUGLASS COMPANY, INCORPORATED, v. BAILEY AND COMPANY, INCORPORATED, AND W. L. BAILEY.

(Filed 22 February, 1933.)

For digest see *Smith-Douglass Co. v. Honeycutt, ante,* 219.

APPEAL by plaintiff from *Hill, Special Judge,* at October Term, 1932, of PASQUOTANK. Reversed.

*J. H. LeRoy, Jr., for plaintiff.*
*C. H. Leggett for defendant.*

ADAMS, J. The disposition of this appeal is controlled by the decision in *Smith–Douglass Co. v. Honeycutt, ante,* 219.

Reversed.